IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**COBY TOWNSEND HURST**                                                                 **PLAINTIFF**

**V.**                           **CASE NO. 5:22-CV-05088**

**DR. MARK RUCKER; NURSE**
**DANIEL BURSON; and MERCY**
**HOSPITAL ARKANSAS d/b/a**
**Mercy Hospital Northwest Arkansas**                                             **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 3) filed in this case on June 10, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A.

**IT IS SO ORDERED** on this 28th day of June, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE